IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


BILLY C. YATES                                              Plaintiff

v.                                    4:04CV00047 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                    Defendant

### ORDER

The Commissioner filed his answer and a transcript of the proceedings below on October 16, 2007.  (Docket #12)  On October 24, the Court entered an Order directing Plaintiff to file his appeal brief no later than November 29, 2007, with Defendant's brief to be filed 42 days after service of Plaintiff's brief.  (Docket #13)

Although the allowed time has passed, Plaintiff has not filed his brief, requested an extension of time within which to do so, or otherwise responded to the Court's Order.  Social Security appeals are decided on the record only and are decided in this District upon appeal briefs.

Plaintiff is hereby granted an additional thirty (30) days from the date of this Order within which to file his brief.  Extensions may be requested, but only in exceptional circumstances.  Defendant shall file his brief within forty-two (42) days of the date Plaintiff's brief is served.   All of the requirements of the Scheduling Order still apply.

**If Plaintiff does not comply with this Order, the case may be subject to dismissal for failure to comply with the Court's orders**

**and for failure to prosecute.**

IT IS SO ORDERED.

DATED this 10th day of April, 2008.


_Henry L. Jones, Jr._
_____
UNITED STATES MAGISTRATE JUDGE