IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


BILLY C. YATES                                                                  PLAINTIFF

VS.                              CASE NO. 4:04CV00047 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                         DEFENDANT


**<u>ORDER</u>**

   Plaintiff, through counsel, has filed a motion to dismiss complaint.  For good cause

shown, the motion (DE #15) is granted.

   SO ORDERED this 2nd day of May, 2008.




_Henry L. Jones, Jr._
_____
UNITED STATES MAGISTRATE JUDGE